# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131405

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                                                    SC: 131405
                                                  COA: 268733
                                                  Genesee CC: 05-016398-FH

TIMOTHY ANDREW DEWAR,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 18, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Conway*, 474 Mich 1140 (2006).

      MARKMAN, J., would remand this case to the Court of Appeals for consideration as on leave granted for the reasons set forth in his dissenting statement in *People v Wright*, 474 Mich 1138 (2006).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007 _____                    _____
d0220                                                                        Clerk